ACCO,(KESx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:22−cv−00967−DOC−KES

| | |
|---|---|
| Jacob Knight et al v. Wata, Inc. et al | Date Filed: 05/10/2022 |
| Assigned to: Judge David O. Carter | Date Terminated: 07/27/2022 |
| Referred to: Magistrate Judge Karen E. Scott | Jury Demand: Plaintiff |
| Cause: 18:1962 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jacob Knight**
*individually and on behalf of all others similarly situated,*

represented by **Janeen Carlberg**
Law Offices of Janeen Carlberg
1912 North Broadway Suite 106
Santa Ana, CA 92706
714−665−1900
Email: jcarlberg@lawfirmoc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizeth Perales**
Law Offices of Janeen Carlberg
1912 North Broadway Suite 106
Santa Ana, CA 92706
949−728−6224
Fax: 714−947−1255
Email: info@oceralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Cribbs**
*individually and on behalf of all others similarly situated,*

represented by **Janeen Carlberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizeth Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Dohse**
*individually and on behalf of all others similarly situated,*

represented by **Janeen Carlberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizeth Perales**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wata, Inc.**                                    represented by **Jason Rottner**
Alston and Bird LLP
One Atlantic Center
1201 West Peachtree Sreet, Suite 4900
Atlanta, GA 30309–3424
404–881–4527
Fax: 404–253–8127
Email: jason.rottner@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Parente**
Alston and Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404–881–7184
Fax: 404–253–8884
Email: jonathan.parente@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathy J. Huang**
Alston and Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
213–576–1000
Fax: 213–576–1100
Email: kathy.huang@alston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Collectors Universe, Inc.**                    represented by **Jason Rottner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Parente**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathy J. Huang**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2022 | Ï 1 | COMPLAINT Receipt No: ACACDC−33275641 – Fee: $402, filed by Plaintiffs Jacob Knight, Jason Dohse, Jack Cribbs. (Attachments: # 1 Civil Cover Sheet) (Attorney Janeen Carlberg added to party Jack Cribbs(pty:pla), Attorney Janeen Carlberg added to party Jason Dohse(pty:pla), Attorney Janeen Carlberg added to party Jacob Knight(pty:pla))(Carlberg, Janeen) (Entered: 05/10/2022) |
| 05/10/2022 | Ï 2 | NOTICE of Interested Parties filed by Plaintiffs Jack Cribbs, Jason Dohse, Jacob Knight, (Carlberg, Janeen) (Entered: 05/10/2022) |
| 05/10/2022 | Ï 3 | Request for Clerk to Issue Summons on Certificate/Notice of Interested Parties 2 , Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Jack Cribbs, Jason Dohse, Jacob Knight. (Carlberg, Janeen) (Entered: 05/10/2022) |
| 05/11/2022 | Ï 4 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Karen E. Scott. (sh) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 5 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (sh) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Collectors Universe, Inc., Wata, Inc.. (sh) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 8 | INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER. (dca) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 9 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: Other error(s) with document(s): Attachments: # 1 Civil Cover Sheet, should not have been attached to Docket Entry No. 1. The document(s) should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs. (sh) (Entered: 05/11/2022) |
| 05/25/2022 | Ï 10 | Notice of Appearance or Withdrawal of Counsel: for attorney Kathy J. Huang counsel for Defendants Collectors Universe, Inc., Wata, Inc.. Adding Kathy Huang as counsel of record for Wata, Inc. and Collectors Universe, Inc. for the reason indicated in the G−123 Notice. Filed by Defendants Wata, Inc. and Collectors Universe, Inc.. (Attorney Kathy J. Huang added to party Collectors Universe, Inc.(pty:dft), Attorney Kathy J. Huang added to party Wata, Inc.(pty:dft))(Huang, Kathy) (Entered: 05/25/2022) |
| 05/26/2022 | Ï 11 | *WATA, INC.* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Jacob Knight, Jason Dohse, Jack Cribbs. upon Wata, Inc. waiver sent by Plaintiff on 5/17/2022, answer due 7/18/2022. Waiver of Service signed by Jason Rottner. (Carlberg, Janeen) (Entered: 05/26/2022) |
| 05/26/2022 | Ï 12 | *COLLECTORS UNIVERSE, INC.* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Jacob Knight, Jason Dohse, Jack Cribbs. upon Collectors Universe, Inc. waiver sent by Plaintiff on 5/17/2022, answer due 7/18/2022. Waiver of Service signed by Jason Rottner. (Carlberg, Janeen) (Entered: 05/26/2022) |
| 05/26/2022 | Ï 13 | APPLICATION of Non−Resident Attorney Jason R. Rottner to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee − $500 Previously Paid on 5/26/2022, Receipt No. 33369885) filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Attachments: # 1 Proposed Order On Application of Non−Resident Attorney to Appear in A Specific Case Pro Hac Vice) (Huang, Kathy) (Entered: 05/26/2022) |
| 05/27/2022 | Ï 14 | |

| | | |
|---|---|---|
| | | APPLICATION of Non−Resident Attorney Jonathan D. Parente to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC−33373995) filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Attachments: # 1 Proposed Order On Application of Non−Resident Attorney to Appear in A Specific Case Pro Hac Vice) (Huang, Kathy) (Entered: 05/27/2022) |
| 05/27/2022 | 15 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Jason R. Rottner to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee – $500 Previously Paid on 5/26/2022, Receipt No. 33369885) 13 . The following error(s) was/were found: Local Rule 5−4.3.4 Application not hand−signed. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed for either applicant or local counsel. See Instructions for Applicants (1). (lt) (Entered: 05/27/2022) |
| 05/27/2022 | 16 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Jonathan D. Parente to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC−33373995) 14 . The following error(s) was/were found: Local Rule 5−4.3.4 Application not hand−signed. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed for either applicant or local counsel. See Instructions for Applicants (1). (lt) (Entered: 05/27/2022) |
| 06/01/2022 | 17 | APPLICATION of Non−Resident Attorney Jason R. Rottner to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee – $500.00 Previously Paid on 5/26/2022, Receipt No. 33369885) filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Attachments: # 1 Proposed Order On Application Of Non−Resident Attorney To Appear In A Specific Case Pro Hac Vice) (Huang, Kathy) (Entered: 06/01/2022) |
| 06/01/2022 | 18 | APPLICATION of Non−Resident Attorney Jonathan D. Parente to Appear Pro Hac Vice on behalf of Defendants Collectors Universe, Inc., Wata, Inc. (Pro Hac Vice Fee – $500.00 Previously Paid on 5/27/2022, Receipt No. 33373995) filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Attachments: # 1 Proposed Order On Application Of Non−Resident Attorney To Appear In A Specific Case Pro Hac Vice) (Huang, Kathy) (Entered: 06/01/2022) |
| 06/09/2022 | 19 | FIRST AMENDED COMPLAINT against DEFENDANT All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiffs Jacob Knight, Jason Dohse, Jack Cribbs(Carlberg, Janeen) (Entered: 06/09/2022) |
| 06/10/2022 | 20 | *Certification and* NOTICE of Interested Parties filed by Defendants Collectors Universe, Inc., Wata, Inc., identifying Jacob Knight, Jack Cribbs, Jason Dohse – Plaintiffs; Wata, Inc., Collectors Universe, Inc. – Defendant; Collectors Holdings, Inc. – Collectors Universe Inc.'s Parent corporation; Clear Blue Specialty Insurance Co. – Insurer. (Huang, Kathy) (Entered: 06/10/2022) |
| 06/10/2022 | 21 | NOTICE OF MOTION AND MOTION to Transfer Case to District of Colorado filed by Defendants Collectors Universe, Inc., Wata, Inc.. Motion set for hearing on 7/25/2022 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Memorandum In Support Of Motion To Transfer Venue, # 2 Declaration Of Kathy J. Huang In Support Of Motion To Transfer Venue, # 3 Proposed Order Granting Defendants Wata, Inc.'s And Collectors Universe, Inc.'s Motion To Transfer Venue) (Huang, Kathy) (Entered: 06/10/2022) |
| 06/10/2022 | 22 | **WITHDRAWN PURSUANT TO #26** NOTICE OF MOTION AND MOTION to Stay Case pending Decision On Motion To Transfer Venue filed by Defendants Collectors Universe, Inc., Wata, Inc.. Motion set for hearing on 7/11/2022 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Memorandum In Support Of Motion To Stay Pending Decision On Motion To Transfer Venue, # 2 Proposed Order Granting Defendants Wata, Inc.'s And Collectors Universe, Inc.'s Motion To Stay Pending Decision On Motion To Transfer Venue) (Huang, Kathy) Modified |

| | | |
|---|---|---|
| | | on 7/7/2022 (twdb). (Entered: 06/10/2022) |
| 06/29/2022 | 23 | STIPULATION for Extension of Time to File Answer to September 16, 2022 re Amended Complaint/Petition 19 filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Attachments: # 1 Proposed Order Entering Stipulation Regarding Time To Respond To First Amended Complaint)(Huang, Kathy) (Entered: 06/29/2022) |
| 07/01/2022 | 24 | ORDER by Judge David O. Carter, Granting Stipulation to Extend Time to Answer First Amended Complaint (More than 30 days), 23 . IT IS HEREBY ORDERED that: Defendants deadline to respond to Plaintiffs First Amended Class Action Complaint is extended until September 16, 2022. (twdb) (Entered: 07/01/2022) |
| 07/01/2022 | 25 | OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to District of Colorado 21 filed by Plaintiffs Jack Cribbs, Jason Dohse, Jacob Knight. (Attachments: # 1 Declaration and Evidence)(Carlberg, Janeen) (Entered: 07/01/2022) |
| 07/06/2022 | 26 | Notice of Withdrawal of Motion to Stay Case,, 22 filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Huang, Kathy) (Entered: 07/06/2022) |
| 07/11/2022 | 27 | ORDER by Judge David O. Carter: Granting 13 Non−Resident Attorney Jason R. Richards APPLICATION to Appear Pro Hac Vice on behalf of Wata Inc. and Collectors Universe, Inc, designating Kathy J. Huang as local counsel. Granting 17 Non−Resident Attorney Jason R. Richards APPLICATION to Appear Pro Hac Vice on behalf of Wata Inc. and Collectors Universe, Inc, designating Kathy J. Huang as local counsel. (twdb) (Entered: 07/11/2022) |
| 07/11/2022 | 28 | ORDER by Judge David O. Carter: Granting 14 Non−Resident Attorney Jonathan D. Parente APPLICATION to Appear Pro Hac Vice on behalf of Wata Inc. and Collectors Universe, Inc, designating Kathy J. Huang as local counsel. Granting 18 Non−Resident Attorney Jonathan D. Parente APPLICATION to Appear Pro Hac Vice on behalf of Wata Inc. and Collectors Universe, Inc, designating Kathy J. Huang as local counsel. (twdb) (Entered: 07/11/2022) |
| 07/11/2022 | 29 | REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION to Transfer Case to District of Colorado 21 filed by Defendants Collectors Universe, Inc., Wata, Inc.. (Huang, Kathy) (Entered: 07/11/2022) |
| 07/27/2022 | 30 | ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER 21 by Judge David O. Carter. For the reasons set forth above, the Court GRANTS Defendants Motion and TRANSFERS this case to the United States District Court for the District of Colorado. MD JS−6. Case Terminated. (rolm) (Entered: 07/27/2022) |