IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01873-DDD-KLM

JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

WATA, INC., and COLLECTORS UNIVERSE, INC.,

   Defendants.

## STIPULATED ORDER

ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

     The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

     Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

     **DATED** this 10th day of October, 2022.

<div style="display: flex;">

<div>

*s/* Janeen Carlberg
**Janeen Carlberg**
Lizeth Perales
Law Offices of Janeen Carlberg
1912 N. Broadway, Suite 106
Santa Ana, CA 92706
Tel: (714) 665-1900
Email: jcarlberg@lawfirmoc.com

*Attorneys for Plaintiffs*

</div>

<div>

*s/* Jason Rottner
**Jason Rottner**
Jonathan D. Parente
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-4527
FAX: 404-881-7777
E-mail: jason.rottner@alston.com
         jonathan.parente@alston.com

Christopher H. Toll
Alexandria E. Pierce
HOLLAND & HART LLP
555 17th Street, Ste. 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
E-mail:ctoll@hollandhart.com
         aepierce@hollandhart.com

*Attorneys for Defendants Wata, Inc. and Collectors Universe, Inc.*

</div>

</div>

**SO ORDERED:**

DATED: __**12 Oct 2022**__        _____
                                   Hon. Kristen L. Mix
                                   United States Magistrate Judge