# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01873-GPG-KAS

JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WATA, INC., and COLLECTORS UNIVERSE, INC.,

    Defendants.

## MOTION TO WITHDRAW COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), Christopher H. Toll and undersigned counsel respectfully move the Court for an order permitting Mr. Toll to withdraw as counsel of record for Defendants Wata, Inc. and Collectors Universe, Inc. ("Defendants"). In support, the undersigned state as follows:

1.   **Certificate of Conferral:** Undersigned counsel conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief sought in this motion.

2.   Mr. Toll will be retiring from the active practice of law effective December 31, 2024.

3.   Alexandria Pierce and Michael Carrigan of Holland & Hart LLP, and Jonathan Parente and Jason Rottner of Alston & Bird LLP remain counsel of record for Defendants.

4.   Good cause exists to grant the motion because Defendants continue to be represented by counsel who will vigorously advocate for their interests.

5.  Undersigned counsel will serve the motion on all counsel of record as well as Defendants.

For these reasons, the undersigned respectfully request that this Court enter an order allowing Mr. Toll to withdraw as counsel of record for Defendants.

Dated: December 19, 2024.

Respectfully Submitted,

/s/ Christopher H. Toll
Christopher H. Toll
Alexandria E. Pierce
Michael J. Carrigan
Holland & Hart LLP
515 17th Street, Suite 3200
Denver, CO  80202-3921
303-295-8000
ctoll@hollandhart.com
aepierce@hollandhart.com
mcarrigan@hollandhart.com

Jonathan D. Parente
Jason Rottner
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
404-881-4527
jonathan.parente@alston.com
jason.rottner@alston.com

**Attorneys for Defendants Wata, Inc. and Collectors Universe, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2024, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

  And via email to:   Roxana Jamshidi,
General Counsel of Wata Games

                                                            */s/ Christopher H. Toll*
                                                            Christopher H. Toll
                                                            HOLLAND & HART LLP
                                                            *Counsel for Defendants*

33883592_v1