IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01873-GPG-TPO

JACOB KNIGHT,
JACK CRIBBS, and
JASON DOHSE,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

WATA, INC. and
COLLECTORS UNIVERSE, INC.,

      Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 20, 2024.**

      For good cause shown, the Court **grants** the Motion [ECF 135] by Attorney Christopher H. Toll to withdraw as counsel of record for Defendants. The Court notes that other counsel will continue to represent Defendants.

      Mr. Toll's representation of Defendants in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall remove his information from the case caption and remove his email address so that he does not receive future NEFs from this civil action.