**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 22-cv-01873-GPG-TPO

JACOB KNIGHT,
JACK CRIBBS,
JASON DOHSE, *individually and on behalf of all others similarly situated,*

      Plaintiffs,

v.

WATA, INC.,
COLLECTORS UNIVERSE, INC.,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 149] Order entered by Judge Gordon P. Gallagher on March 31, 2026, it is

ORDERED that the Plaintiff did not respond to the Show Cause Order [D. 148] and this case is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that this case will be closed.

Dated at Grand Junction, Colorado this 31st day of March 2026.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By:    s/D. Clement
                                            D. Clement
                                            Deputy Clerk